UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDIS PAYNE,<br>　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br>　　Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:12-CV-5219-M (BF)<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment [D.E. 32] is GRANTED.

**SO ORDERED** this 26th day of March, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS